```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   GAULDRY T. ALMONTE-HERNANDEZ
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0291 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE |
| | ) | |
| GAULDRY T. ALMONTE-HERNANDEZ, | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | Date:  September 3, 2010 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-HERNANDEZ, that the status conference scheduled for September 3, 2010, be vacated and the matter continued until October 8, 2010, for further status conference at the request of the defense.

The reason for the continuance is to allow for review of discovery and institution of necessary defense preparation including consideration of possible bases for non-trial disposition and possible pre-trial motions.

IT IS FURTHER STIPULATED that time for trial under the Speedy

1  Trial Act be excluded between September 3, 2010, and October 8, 2010,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time
3  to prepare).
4  **IT IS SO STIPULATED.**

6  Date:  September 2, 2010          /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA
7                                     Assistant United States Attorney
                                      Counsel for Plaintiff

10 Date:  September 2, 2010          DANIEL J. BRODERICK
                                      Federal Defender

12                                    /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
13                                    Assistant Federal Defender
                                      Counsel for Defendant
14                                    GAULDRY T. ALMONTE-HERNANDEZ

16                           **O R D E R**

17     The above stipulation of the parties is accepted.  The status
18 conference set for September 3, 2010, is VACATED.  This case is ordered
19 to be re-calendared on October 8, 2010, for status conference.
20     **IT IS SO ORDERED.**
21                 By the Court,

23 Dated:  September 3, 2010

                                      _____
25                                    GARLAND E. BURRELL, JR.
                                      United States District Judge

Stipulation and Order              -2-