BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-0291 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO EXCLUDE TIME |
| GAULDRY T. ALMONTE-HERNANDEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   The parties request that the status conference in this case be continued from October 8, 2010 to October 29, 2010 at 9:00 a.m.  They stipulate that the time between October 8, 2010 and October 29, 2010 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel is still reviewing discovery provided by the government and conducting his investigation.  The

1  parties stipulate and agree that the interests of justice served
2  by granting this continuance outweigh the best interests of the
3  public and the defendant in a speedy trial.  18 U.S.C. §
4  3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: October 7, 2010        By:   /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney


DATE: October 7, 2010               /s/ Jeffrey Staniels
                                        JEFFREY STANIELS
                                        Attorney for Defendant


                                **SO ORDERED.**

Dated:  October 7, 2010

                             _____
                             GARLAND E. BURRELL, JR.
                             United States District Judge