DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GAULDRY T. ALMONTE-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-0291 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING CASE |
| ) | |
| GAULDRY T. ALMONTE-HERNANDEZ, ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | Date:  October 29, 2010 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-HERNANDEZ, that the status conference scheduled for October 29, 2010, be vacated and the matter continued until December 10, 2010, for further status conference at the request of the defense.

The reason for the continuance is to allow for further review of discovery and other necessary defense preparation including consideration of possible bases for non-trial disposition and possible pre-trial motions.

IT IS FURTHER STIPULATED that time for trial under the Speedy

Trial Act be excluded between October 29, 2010, and December 10, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  October 28, 2010          /s/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date:  October 28, 2010          DANIEL J. BRODERICK
                                 Federal Defender

                                  /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 GAULDRY T. ALMONTE-HERNANDEZ

**O R D E R**

The above stipulation of the parties is accepted.  The status conference set for October 29, 2010, is VACATED.  This case is ordered to be re-calendared on December 10, 2010, for status conference.

Dated:  October 29, 2010

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

Stipulation and Order                -2-