BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>GAULDRY T. ALMONTE-HERNANDEZ,<br><br>           Defendant. | CASE NO. 2:10-CR-0291<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from December 10, 2010 to December 17, 2010 at 9:00 a.m.  They stipulate that the time between December 10, 2010 and December 17, 2010 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel is still reviewing discovery provided by the government and conducting his investigation.  The parties stipulate and agree that the interests of justice served

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                                  Respectfully Submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATE: December 10, 2010        By:   /s/ Heiko P. Coppola
                                                      HEIKO P. COPPOLA
                                                      Assistant U.S. Attorney

DATE: December 10, 2010              /s/ Jeffrey Staniels
                                                      JEFFREY STANIELS
                                                      Attorney for Defendant

                                                **SO ORDERED.**

Dated:  December 10, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge