DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GAULDRY T. ALMONTE-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0291 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE |
| | ) | |
| GAULDRY T. ALMONTE-HERNANDEZ, | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | Date:  December 17, 2010 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-HERNANDEZ, that the status conference scheduled for December 17, 2010, be vacated and the matter continued until January 28, 2011, for further status conference at the request of the defense.

The reason for the continuance is to allow for further review of discovery and other necessary defense preparation including consideration of possible bases for non-trial disposition and possible pre-trial motions.

/ / /

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded between December 17, 2010, and January 28, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:   December 16, 2010          /s/ Heiko P. Coppola
                                   HEIKO P. COPPOLA
                                   Assistant United States Attorney
                                   Counsel for Plaintiff


Date:   December 16, 2010          DANIEL J. BRODERICK
                                   Federal Defender


                                    /s/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   GAULDRY T. ALMONTE-HERNANDEZ


# O R D E R

The above stipulation of the parties is accepted. The status conference set for December 17, 2010, is VACATED. This case is ordered to be re-calendared on January 28, 2011, for status conference.

**IT IS SO ORDERED.**

Dated:  December 17, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                  -2-