BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-0291 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXCLUDE TIME |
| GAULDRY T. ALMONTE-HERNANDEZ, | |
| Defendant. | |

The parties request that the status conference in this case be continued from January 28, 2011 to February 18, 2011 at 9:00 a.m. They stipulate that the time between January 28, 2011 and February 18, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel is still reviewing discovery provided by the government and conducting his investigation. The parties stipulate and agree that

1

the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                                               Respectfully Submitted,

                                               BENJAMIN B. WAGNER
                                               United States Attorney

DATE: January 26, 2011       By:  /s/ Heiko P. Coppola
                                               HEIKO P. COPPOLA
                                               Assistant U.S. Attorney

DATE: January 26, 2011         /s/ Jeffrey Staniels
                                               JEFFREY STANIELS
                                               Attorney for Defendant

                                               **SO ORDERED.**

Dated:  January 26, 2011

                                             GARLAND E. BURRELL, JR.
                                             United States District Judge