1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   GAULDRY T. ALMONTE-HERNANDEZ
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,        )  No. 2:10-cr-0291 GEB
                                     )
13                    Plaintiff,     )
                                     )  **CORRECTED** STIPULATION AND
14       v.                          )  [PROPOSED] ORDER CONTINUING CASE
                                     )
15  GAULDRY T. ALMONTE-HERNANDEZ,    )  Judge: Hon. Garland E. Burrell, Jr.
                                     )  Date:  February 18, 2011
16                    Defendant.     )  Time:  9:00 a.m.
                                     )
17  _____ )

18       **IT IS HEREBY STIPULATED** by and between Assistant United States

19  Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal

20  Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-

21  HERNANDEZ, that the status conference scheduled for February 18, 2011,

22  be vacated and the matter continued until April 1, 2011, for further

23  status conference at the request of the defense.

24       The reason for the continuance is to allow for further discussion

25  between counsel regarding possible bases for non-trial disposition, and

26  for other necessary defense preparation including possible pre-trial

27  motions.  The date selected also accounts for short periods of

28  unavailability of each counsel.

1    IT IS FURTHER STIPULATED that time for trial under the Speedy

2  Trial Act be excluded between February 18, 2011, and April 1, 2011,

3  pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time

4  to prepare).

5    **IT IS SO STIPULATED**.

6

7  Date:  February 17, 2011          /s/ Heiko P. Coppola
                                     HEIKO P. COPPOLA
8                                    Assistant United States Attorney
                                     Counsel for Plaintiff
9

10

11 Date:  February 17, 2011          DANIEL J. BRODERICK
                                     Federal Defender
12

13                                    /s/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
14                                   Assistant Federal Defender
                                     Counsel for Defendant
15                                   GAULDRY T. ALMONTE-HERNANDEZ

16

17                          **O R D E R**

18    The above stipulation of the parties is accepted.  The status

19 conference set for February 18, 2011, is VACATED.  This case is ordered

20 to be re-calendared on April 1, 2011, for status conference.

21    **IT IS SO ORDERED**.

22 Dated:  February 18, 2011

23

24  _____
     GARLAND E. BURRELL, JR.
25   United States District Judge

26

27

28

Stipulation and Order          -2-