DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GAULDRY T. ALMONTE-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GAULDRY T. ALMONTE-HERNANDEZ,<br><br>          Defendant. | No. 2:10-cr-0291 GEB<br><br>STIPULATION AND<br>ORDER CONTINUING CASE<br><br>Judge: Hon. Garland E. Burrell, Jr.<br>Date:  April 1, 2011<br>Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-HERNANDEZ, that the status conference scheduled for April 1, 2011, be vacated and the matter continued until April 29, 2011, for further status conference at the request of the defense.

The reason for the continuance is to allow Mr. Almonte-Hernandez to consider and consult with counsel regarding a plea offer that was presented to him by counsel on Wednesday of this week, March 30, 2011. The date selected also accounts for this court's schedule and a short period of unavailability of defense counsel.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded between April 1, 2011, and April 29, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  March 31, 2011          /s/ Heiko P. Coppola
                               HEIKO P. COPPOLA
                               Assistant United States Attorney
                               Counsel for Plaintiff


Date:  March 31, 2011          DANIEL J. BRODERICK
                               Federal Defender


                                /s/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Counsel for Defendant
                               GAULDRY T. ALMONTE-HERNANDEZ


# O R D E R

The above stipulation of the parties is accepted.  The status conference set for April 1, 2011, is VACATED.  This case is ordered to be re-calendared on April 29, 2011, for status conference.

**IT IS SO ORDERED.**

Dated:  April 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order          -2-