```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GAULDRY T. ALMONTE-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0291 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CORRECTED** STIPULATION AND |
| v. | ) | [PROPOSED] ORDER CONTINUING CASE |
| | ) | |
| GAULDRY T. ALMONTE-HERNANDEZ, | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | Date:  April 29, 2011 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | |
| _____ | ) | |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-HERNANDEZ, that the status conference scheduled for April 29, 2011, be vacated and the matter continued until June 3, 2011, for further status conference at the request of the defense.

   The reason for the continuance is to allow further consultation between the parties with regard to terms of a proposed plea agreement that is under active consideration at this time. The date selected also accounts for a short period of unavailability of defense counsel and the logistics of conferring with Mr. Almonte-Hernandez who is being

1  held at the Butte County Jail.

2      IT IS FURTHER STIPULATED that time for trial under the Speedy
3  Trial Act be excluded between April 29, 2011, and June 3, 2011,
4  pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time
5  to prepare).

6      **IT IS SO STIPULATED.**

7

8  Date:  April 27, 2011              /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA
9                                     Assistant United States Attorney
                                      Counsel for Plaintiff
10

11

12 Date:  April 27, 2011              DANIEL J. BRODERICK
                                      Federal Defender
13

14                                     /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
15                                    Assistant Federal Defender
                                      Counsel for Defendant
16                                    GAULDRY T. ALMONTE-HERNANDEZ

17

18                          **O R D E R**

19     The above stipulation of the parties is accepted.  The status
20 conference set for April 29, 2011, is VACATED.  This case is ordered to
21 be re-calendared on June 3, 2011, for status conference.

22     **IT IS SO ORDERED.**

23 Dated:  April 28, 2011

24
25                                    _____
                                      GARLAND E. BURRELL, JR.
26                                    United States District Judge

27

28

Stipulation and Order            -2-