DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GAULDRY T. ALMONTE-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-0291 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| GAULDRY T. ALMONTE-HERNANDEZ, | ) |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr.<br>) Date:  June 3, 2011<br>) Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-HERNANDEZ, that the status conference scheduled for June 3, 2011, be vacated and the matter continued until June 24, 2011, for further status conference at the request of the defense.

The reason for the continuance is to allow further consultation between counsel and Mr. Almonte-Hernandez regarding a proposed plea agreement that has been presented by the government. The date selected also accounts for a short period of unavailability of defense counsel and the logistics of conferring with Mr. Almonte-Hernandez who is being held at the Butte County Jail.

1    IT IS FURTHER STIPULATED that time for trial under the Speedy
2 Trial Act be excluded between June 3, 2011, and June 24, 2011, pursuant
3 to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to
4 prepare).

**IT IS SO STIPULATED.**

Date:  June 1, 2011                    BENJAMIN B. WAGNER
                                       United States Attorney


                                        /s/ Heiko P. Coppola
                                       HEIKO P. COPPOLA
                                       Assistant United States Attorney
                                       Counsel for Plaintiff




Date:  June 1, 2011                    DANIEL J. BRODERICK
                                       Federal Defender


                                        /s/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Counsel for Defendant
                                       GAULDRY T. ALMONTE-HERNANDEZ


**O R D E R**

The above stipulation of the parties is accepted.  The status conference set for June 3, 2011, is VACATED.  This case is ordered to be re-calendared on June 24, 2011, for status conference.

**IT IS SO ORDERED.**

Dated:  June 7, 2011

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

Stipulation and Order                    -2-