DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GAULDRY T. ALMONTE-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GAULDRY T. ALMONTE-HERNANDEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:10-cr-0291 GEB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CASE <br><br> Judge: Hon. Garland E. Burrell, Jr. <br> Date:  June 24, 2011 <br> Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-HERNANDEZ, that the status conference scheduled for June 24, 2011, be vacated and the matter continued until July 8, 2011, for further status conference at the request of the defense.

The reason for the continuance is to allow further consultation between counsel and Mr. Almonte-Hernandez regarding a proposed plea agreement that has been presented by the government. The date selected also accounts counsel's schedules and the logistics of conferring with Mr. Almonte-Hernandez who is being held at the Butte County Jail.

IT IS FURTHER STIPULATED that time for trial under the Speedy

1  Trial Act be excluded between June 24, 2011, and July 8, 2011, pursuant
2  to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to
3  prepare).
4      **IT IS SO STIPULATED.**
5  Date:  June 23, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                                    /s/ Heiko P. Coppola
                                  HEIKO P. COPPOLA
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Date:  June 23, 2011          DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  GAULDRY T. ALMONTE-HERNANDEZ


                             **O R D E R**

    The above stipulation of the parties is accepted.  The status conference set for June 24, 2011, is VACATED.  This case is ordered to be re-calendared on July 8, 2011, for status conference.

    **IT IS SO ORDERED.**

Dated:  July 5, 2011

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge