```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GAULDRY T. ALMONTE-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-0291 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| GAULDRY T. ALMONTE-HERNANDEZ, | ) |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr.<br>) Date:  July 8, 2011<br>) Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-HERNANDEZ, that the status conference scheduled for July 8, 2011, be vacated and the matter continued until July 29, 2011, for further status conference at the request of the defense.

The reason for the continuance is to allow further consultation between counsel and Mr. Almonte-Hernandez regarding a proposed plea agreement that has been presented by the government. The date selected also accounts counsel's schedules and the logistics of conferring with Mr. Almonte-Hernandez who is being held at the Butte County Jail.

IT IS FURTHER STIPULATED that time for trial under the Speedy

Trial Act be excluded between July 8, 2011, and July 29, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  July 7, 2011                    BENJAMIN B. WAGNER
                                       United States Attorney


                                        /s/ Heiko P. Coppola
                                       HEIKO P. COPPOLA
                                       Assistant United States Attorney
                                       Counsel for Plaintiff


Date:  July 7, 2011                    DANIEL J. BRODERICK
                                       Federal Defender


                                        /s/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Counsel for Defendant
                                       GAULDRY T. ALMONTE-HERNANDEZ


**O R D E R**

The above stipulation of the parties is accepted.  The status conference set for July 8, 2011, is VACATED.  This case is ordered to be re-calendared on July 29, 2011, for status conference.

**IT IS SO ORDERED.**

Dated:  July 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                  -2-