```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GAULDRY T. ALMONTE-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0291 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE |
| | ) | |
| GAULDRY T. ALMONTE-HERNANDEZ, | ) | |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | Date:  July 29, 2011 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-HERNANDEZ, that the status conference scheduled for July 29, 2011, be vacated and the matter continued until August 26, 2011, for further status conference at the request of the defense.

The reason for the continuance is to allow further consultation between counsel and Mr. Almonte-Hernandez regarding a proposed plea agreement that has been presented by the government. The date selected also accounts counsel's schedules and the logistics of conferring with Mr. Almonte-Hernandez who is being held at the Butte County Jail.

IT IS FURTHER STIPULATED that time for trial under the Speedy

1  Trial Act be excluded between July 29, 2011, and August 26, 2011,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time
3  to prepare).
4  **IT IS SO STIPULATED.**
5  Date:  July 28, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney

7                                           /s/ Heiko P. Coppola
                                            HEIKO P. COPPOLA
8                                           Assistant United States Attorney
                                            Counsel for Plaintiff

11 Date:  July 28, 2011                    DANIEL J. BRODERICK
                                            Federal Defender

13                                          /s/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
14                                          Assistant Federal Defender
                                            Counsel for Defendant
15                                          GAULDRY T. ALMONTE-HERNANDEZ

**O R D E R**

The above stipulation of the parties is accepted.  The status conference set for July 29, 2011, is VACATED.  This case is ordered to be re-calendared on August 26, 2011, for status conference.

The court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

Dated:  July 29, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge