DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GAULDRY T. ALMONTE-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-0291 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING CASE |
| GAULDRY T. ALMONTE-HERNANDEZ, | ) |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr.<br>) Date:  August 26, 2011<br>) Time:  9:00 a.m. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-HERNANDEZ, that the status conference scheduled for August 26, 2011, be vacated and the matter continued until September 30, 2011, for further status conference at the request of the defense.

The reason for the continuance is to allow completion of further consultation between counsel and Mr. Almonte-Hernandez regarding a proposed plea agreement that has been presented by the government, and presentation to the government of information pertinent to an outstanding sentencing factor ("Safety Valve" eligibility). The date selected also accounts for counsel's schedules and the logistics of conferring with Mr. Almonte-Hernandez who is being held at the Butte

1  County Jail, and who requires the services of an interpreter.

2      IT IS FURTHER STIPULATED that time for trial under the Speedy
3  Trial Act be excluded between August 26, 2011, and September 30, 2011,
4  pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time
5  to prepare).

6      **IT IS SO STIPULATED.**

7  Date:  August 28, 2011                BENJAMIN B. WAGNER
                                          United States Attorney
8

9                                         /s/ Heiko P. Coppola
                                          HEIKO P. COPPOLA
10                                        Assistant United States Attorney
                                          Counsel for Plaintiff
11

12 Date:  August 28, 2011                DANIEL J. BRODERICK
                                          Federal Defender
13

14                                        /s/ Jeffrey L. Staniels
                                          JEFFREY L. STANIELS
15                                        Assistant Federal Defender
                                          Counsel for Defendant
16                                        GAULDRY T. ALMONTE-HERNANDEZ

17                              **O R D E R**

18     The above stipulation of the parties is accepted.  The status
19 conference set for August 26, 2011, is VACATED.  This case is ordered
20 to be re-calendared on September 30, 2011, for status conference.

21     The court finds that the interests of justice served by granting
22 this continuance outweigh the interests of the defendant and the public
23 in a speedy trial.

24     **IT IS SO ORDERED.**

25 Dated:  August 26, 2011

26

27                                    _____
                                       GARLAND E. BURRELL, JR.
28                                     United States District Judge

Stipulation and Order                    -2-