1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GAULDRY T. ALMONTE-HERNANDEZ
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        ) No. 2:10-cr-0291 GEB
                                    )
11               Plaintiff,         ) **AMENDED**
                                    ) STIPULATION AND [PROPOSED] ORDER
12      v.                          ) CONTINUING CASE
                                    )
13 GAULDRY T. ALMONTE-HERNANDEZ,    )
                                    ) Judge: Hon. Garland E. Burrell, Jr.
14               Defendant.         ) Date:  September 30, 2011
                                    ) Time:  9:00 a.m.
15 _____  )

16

17      **IT IS HEREBY STIPULATED** by and between Assistant United States

18 Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal

19 Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-

20 HERNANDEZ, that the status conference scheduled for September 30, 2011,

21 be vacated and the matter continued until December 9, 2011, for further

22 status conference at the request of the defense.

23      The reason for the continuance is to allow for the presentation to

24 the government of additional information pertinent to an outstanding

25 sentencing factor ("Safety Valve" eligibility). The date selected also

26 accounts for the logistics of conferring with Mr. Almonte-Hernandez who

27 is being held at the Butte County Jail, and who requires the services

28 of an interpreter.

1  IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded between September 30, 2011, and December 9, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED**.

Date:  September 28, 2011          BENJAMIN B. WAGNER
                                   United States Attorney


                                    /s/ Heiko P. Coppola
                                   HEIKO P. COPPOLA
                                   Assistant United States Attorney
                                   Counsel for Plaintiff


Date:  September 28, 2011          DANIEL J. BRODERICK
                                   Federal Defender


                                    /s/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   GAULDRY T. ALMONTE-HERNANDEZ


**O R D E R**

The above stipulation of the parties is accepted.  The status conference set for September 30, 2011, is VACATED.  This case is ordered to be re-calendared on December 9, 2011, for status conference.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

Dated:  September 29, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                -2-