1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GAULDRY T. ALMONTE-HERNANDEZ
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )  No. 2:10-cr-0291 GEB
                                  )
11             Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                  )  CONTINUING CASE
12      v.                        )
                                  )
13 GAULDRY T. ALMONTE-HERNANDEZ,  )  Judge: Hon. Garland E. Burrell, Jr.
                                  )  Date:  December 9, 2011
14             Defendant.         )  Time:  9:00 a.m.
                                  )
15 _____)

16

17      **IT IS HEREBY STIPULATED** by and between Assistant United States

18 Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal

19 Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-

20 HERNANDEZ, that the status conference scheduled for December 9, 2011,

21 be vacated and the matter continued until January 13, 2012, for further

22 status conference at the request of the defense.

23      The reason for the continuance is due to the unavailability of Mr.

24 Staniels because of a family medical situation, and to allow for the

25 presentation to the government of additional information pertinent to

26 an outstanding sentencing factor ("Safety Valve" eligibility). The date

27 selected also accounts for the logistics of conferring with Mr.

28 Almonte-Hernandez who is being held at the Butte County Jail, and who

requires the services of an interpreter.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded between December 9, 2011, and January 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  December 8, 2011         BENJAMIN B. WAGNER
                                United States Attorney

                                 /s/ *Heiko P. Coppola*
                                HEIKO P. COPPOLA
                                Assistant United States Attorney
                                Counsel for Plaintiff

Date:  December 8, 2011         DANIEL J. BRODERICK
                                Federal Defender

                                 /s/ *Jeffrey L. Staniels*
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Counsel for Defendant
                                GAULDRY T. ALMONTE-HERNANDEZ

## O R D E R

The above stipulation of the parties is accepted.  The status conference set for December 9, 2011, is VACATED.  This case is ordered to be re-calendared on January 13, 2012, for status conference.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

Dated:  December 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge