```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    GAULDRY T. ALMONTE-HERNANDEZ
 6
```

7             IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

```
10  UNITED STATES OF AMERICA,      ) No. 2:10-cr-0291 GEB
                                   )
11              Plaintiff,         ) STIPULATION AND [PROPOSED] ORDER
                                   ) CONTINUING CASE
12       v.                        )
                                   )
13  GAULDRY T. ALMONTE-HERNANDEZ,  ) Date:  January 13, 2012
                                   ) Time:  9:00 a.m.
14              Defendant.         ) Judge: Hon. Garland E. Burrell, Jr.
                                   )
15  _____)
16
```

17       **IT IS HEREBY STIPULATED** by and between Assistant United States

18  Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal

19  Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-

20  HERNANDEZ, that the status conference scheduled for January 13, 2012,

21  be vacated and the matter continued until February 10, 2012, for

22  further status conference at the request of the defense.

23       The reason for the continuance is to complete consultations with

24  Mr. Almonte on options presented to him yesterday, January 11, 2012, to

25  resolve this case. The date selected also accounts for the logistics of

26  conferring with Mr. Almonte-Hernandez who is being held at the Butte

27  County Jail, and who requires the services of an interpreter.

28       IT IS FURTHER STIPULATED that time for trial under the Speedy

1 Trial Act be excluded between January 13, 2012, and February 10, 2012,
2 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time
3 to prepare).

**IT IS SO STIPULATED.**

Date:  January 12, 2012          BENJAMIN B. WAGNER
                                 United States Attorney


                                  /s/ *Heiko P. Coppola*
                                 HEIKO P. COPPOLA
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date:  January 12, 2012          DANIEL J. BRODERICK
                                 Federal Defender


                                  /s/ *Jeffrey L. Staniels*
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 GAULDRY T. ALMONTE-HERNANDEZ


**O R D E R**

The above stipulation of the parties is accepted.  The status conference set for January 13, 2012, is VACATED.  This case is ordered to be re-calendared on February 10, 2012, for status conference.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

Dated:  January 12, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge