1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GAULDRY T. ALMONTE-HERNANDEZ

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )  No. 2:10-cr-0291 GEB
                                     )
11                    Plaintiff,     )  **AMENDED** STIPULATION AND
                                     )  [PROPOSED] ORDER CONTINUING CASE
12        v.                         )
                                     )
13  GAULDRY T. ALMONTE-HERNANDEZ,    )  Date:   March 2, 2012
                                     )  Time:   9:00 a.m.
14                    Defendant.     )  Judge:  Hon. Garland E. Burrell, Jr.
                                     )
15  _____ )

16

17        **IT IS HEREBY STIPULATED** by and between Assistant United States

18  Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal

19  Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-

20  HERNANDEZ, that the status conference scheduled for March 2, 2012, be

21  vacated and the matter continued until May 18, 2012, for further status

22  conference at the request of the defense.

23        The reason for the continuance is to complete consultations with

24  Mr. Almonte on options presented to him yesterday, January 11, 2012, to

25  resolve this case. The date selected also accounts for the logistics of

26  conferring with Mr. Almonte-Hernandez who is being held at the Butte

27  County Jail, and who requires the services of an interpreter, and to

28  the temporary unavailability of government counsel due to military

1  commitments.  Given the status of negotiations between the parties

2  current government counsel is an essential participant in completions

3  of efforts to resolve the case without trial.  It is defense counsel's

4  specific request that a continuance sufficient to allow Mr. Coppola to

5  remain involved in negotiations be granted.

6       IT IS FURTHER STIPULATED that time for trial under the Speedy

7  Trial Act be excluded between February 10, 2012, and May 18, 2012,

8  pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time

9  to prepare). The February start date is specifically requested in order

10  to document a waiver of time previously agreed to by the defense that

11  is not currently reflected in the dockets.

12       **IT IS SO STIPULATED**.

13  Date:  March 1, 2012             BENJAMIN B. WAGNER
                                    United States Attorney
14

15                                   /s/ *Heiko P. Coppola*
                                    HEIKO P. COPPOLA
16                                   Assistant United States Attorney
                                    Counsel for Plaintiff
17

18  Date:  March 1, 2012             DANIEL J. BRODERICK
                                    Federal Defender
19

20                                   /s/ *Jeffrey L. Staniels*
                                    JEFFREY L. STANIELS
21                                   Assistant Federal Defender
                                    Counsel for Defendant
22                                   GAULDRY T. ALMONTE-HERNANDEZ

23

                            **O R D E R**
24

25       The above stipulation of the parties is accepted.  The status

26  conference set for March 2, 2012, is VACATED.  This case is ordered to

27  be re-calendared on May 18, 2012, for status conference.

28       The court finds, based on the reasons stated above, that the

interests of justice served by granting this continuance outweigh the

Stipulation and Order                 -2-

1   interests of the defendant and the public in a speedy trial. Based on

2   the representations of defense counsel time is excluded from February

3   10, 2012 through and including May 18, 2012.

4      **IT IS SO ORDERED.**

5   Dated:  March 2, 2012

6

7   _____
     GARLAND E. BURRELL, JR.
8     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                    -3-